FILED

06 OCT 17 PM 1:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BORCHERT, Both Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA JOHN'S USA, INC., PAPA JOHN'S INTERNATIONAL, INC., A J PIZZA LLC, P.J. PIZZA SAN DIEGO LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 06-CV-0426 BEN (POR)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ACTION** |

WHEREAS, this action was filed and denominated as a class action and removed to this Court pursuant to the provisions of the Class Action Fairness Act;

WHEREAS, after a settlement conference overseen by United States Magistrate Judge Louisa. S. Porter, the parties to this action have agreed to resolve only the individual claims asserted in this action by the plaintiff and putative class representative Mr. Eric Borchert;

WHEREAS, pursuant to Fed. R. Civ. P. Rule 23(e), Court approval and notice of a settlement is only required where the settlement seeks to bind absent class members' claims through claim or issue preclusion, or where the claims, issues or defenses raised by a certified class are sought to be resolved by a settlement; and

WHEREAS, a class has not been previously certified in this action, no class is sought to be certified by the settlement of this action, and the settlement between the parties do not seek to

1  resolve or bind the claims of individual class members other than Mr. Borchert, whose individual
2  claims are being dismissed with prejudice,
3     The Court orders that this action be dismissed with no class notice required. Each party to
4  bear their respective costs, except as otherwise agreed between them.
5  Dated: 10/17/06

                                    THE HON. ROGER T. BENITEZ
                                    U.S. DISTRICT COURT JUDGE

Submitted by:

ROSNER LAW & MANSFIELD, LLP

Alan M. Mansfield
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
Telephone: (858) 348-1005
FAX: (858) 348-1150

Attorneys for Plaintiff Eric Borchert

|   |   |
|---|---|
| 1 | ROSNER LAW & MANSFIELD, LLP |
|   | Hallen D. Rosner (SBN 109740) |
| 2 | Alan M. Mansfield (SBN 125998) |
|   | John W. Hanson (SBN 214771) |
| 3 | 10085 Carroll Canyon Road, Suite 100 |
|   | San Diego, CA 92131 |
| 4 | Tel: (858) 348-1005 |
|   | Fax: (858) 348-1150 |
| 5 |   |
|   | HIDEN, ROTT & OERTLE, LLP |
| 6 | Michael Ian Rott (SBN 169468) |
|   | David V. Hiden (SBN 169915) |
| 7 | Chad J. McGuire (SBN 208666) |
|   | Hoang T. Nguyen (SBN 238651) |
| 8 | 2635 Camino del Rio South, Suite 306 |
|   | San Diego, CA 92108 |
| 9 | Tel: (619) 296-5884 |
|   | Fax: (619) 296-5171 |
| 10 |   |
|   | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ERIC BORCHERT, Both Individually and On Behalf of All Others Similarly Situated, | ) Case No. 06-cv-0426-BEN (POR) |
|---|---|
| Plaintiff, | ) **CLASS ACTION** |
| v. | ) **PROOF OF SERVICE** |
| PAPA JOHN'S USA, INC., PAPA JOHN'S INTERNATIONAL, INC.; A.J. PIZZA, LLC; P.J. PIZZA SAN DIEGO, LLC, and DOES 1 through 10, | ) |
| Defendants. | ) |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 10085 Carroll Canyon Road, Suite 100, San Diego, California 92131.

On the date shown below, I served the foregoing document(s) described as:

///

---

PROOF OF SERVICE                                                06-CV-0426-BEN (POR)

1

| | |
|---|---|
| 1 | [PROPOSED] ORDER RE DISMISSAL OF ACTION |
| 2 | on the interested parties in this action at San Diego, California as follows: |

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>GEORGE S. HOWARD, JR<br>JAMES A. GARRETT<br>501 W. Broadway, Suite 1100<br>San Diego, California 92101<br>Tel: (619) 234-5000<br>Fax: (619) 236-1995<br><br>Attorneys for Defendant PAPA JOHN'S USA, INC. and PAPA JOHN'S INTERNATIONAL, INC. | HIDEN, ROTT & OERTLE, LLP<br>Michael Ian Rott (SBN 169468)<br>David V. Hiden (SBN 169915)<br>Chad J. McGuire (SBN 208666)<br>Hoang T. Nguyen (SBN 238651)<br>2635 Camino del Rio South, Suite 306<br>San Diego, CA 92108<br>Telephone: (619) 296-5884<br><br>Co-counsel for Plaintiff |
| JEFFER, MANGELS, BUTLER & MARMARO, LLP<br>Marta M. Fernandez, Esq.<br>Travis M. Gemoets, Esq.<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067-4308<br>Tel: (310) 203-8080<br>Fax: (310) 203-0567<br><br>Attorneys for Defendant P. J. PIZZA SAN DIEGO, LLC | SOLOMON WARD SEIDENWURM & SMITH, LLP<br>Daniel Gardenswartz, Esq.<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>Tel: (619) 231-0303<br>FAX: (619) 231-4755<br><br>Attorneys for Defendant AJ Pizza, LLC |

[ X ]  **BY MAIL (C.C.P.§§ 1013a and 2015.5):** The document was mailed with postage on the envelope fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with an the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **BY FACSIMILE (CRC 2008(e) and C.C.P. § 2015.5):** On the date below, before noon, the document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed above and the transmission(s) reported as complete and without error. A true and correct copy of the said transmission report is attached hereto and incorporated herein by reference.

[]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]  **(FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 28, 2006 at San Diego, California.

*Sally Cormier*
SALLY CORMIER

2