# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Eric Borchert,

**V.**

Papa John's USA, Inc., Papa John's International, Inc., A.J. Pizza LLC, P.J. Pizza San Diego LLC, and Does 1 through 10,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 06cv426BEN(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that individual claims are being dismissed with prejudice; the court orders that this action be dismissed with no class notice required; each party to bear their respective costs, except as otherwise agreed between  them ..........................................................................................................................................................

| October 18, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

B. Robinson
(By) Deputy Clerk

ENTERED ON October 18, 2006

06cv426BEN(POR)